UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | CAUSE NO. 1:19-CR-100 DRL-SLC |
| DUSTIN COLEMAN, | |
| Defendant. | |

## ORDER

The court has reviewed the findings and recommendation of Magistrate Judge Susan Collins filed March 31, 2021. On March 31, 2021, Dustin Coleman pleaded guilty to count 11 of the 13-count indictment—charging him with wire fraud in violation of 18 U.S.C. § 1343. No party objected, and the time to object has passed. The court now adopts the findings and recommendation in their entirety. Subject to this court's consideration of any plea agreement pursuant to Federal Rule of Criminal Procedure 11(c), the plea of guilty to this offense as charged in the indictment is hereby accepted, and the defendant is adjudged guilty of this offense.

SO ORDERED.

April 19, 2021

*s/ Damon R. Leichty*
Judge, United States District Court